November 25, 1969.

M. P. No. 828. ARTHUR B. CAMERON AND LORETTA G. CAMERON *v.* MUNROE KNIGHT *et al.* Petition for writ of certiorari granted without prejudice to right of respondents to raise question of whether or not issue on the merits has been rendered moot by amendment to Zoning Ordinance of Town of Foster. *Bourcier and Bordieri, John P. Bourcier, Leo Patrick McGowan,* for petitioners. *Bradford Gorham,* Town Solicitor, for respondents.

M. P. No. 842. FRANCIS L. SIBIELSKI *v.* LOUIS ACCIARDO, *Alias.* Motion for leave to file petition in equity in the nature of quo warranto granted. Counsel for petitioner to send notice to petitioner by registered mail that he has filed in Office of Clerk a Motion to Withdraw as his counsel and, upon satisfactory proof of compliance, Motion to Withdraw will be granted. *Everett A. Petronio,* for petitioner. *John J. Partridge,* for respondent.

M. P. No. 876. ANTHONY DiPIRO *v.* PAULA DiPIRO. Motion for leave to file petition for writ of certiorari denied, and order staying proceedings in Family Court is vacated. *Zoglio & Gonnella, Ralph J. Gonnella,* for petitioner. *John Tramonti, Jr.,* for respondent.

December 3, 1969.

M. P. No. 414. MANUEL A. PENNA *v.* HAROLD V. LANGLOIS, *Warden.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Alton W. Wiley,* for plaintiff. *Herbert F. DeSimone,* Attorney General, for defendant.

Ex. No. 516. STATE *v.* JOSEPH A. WHITE, *Alias.* Motion of Court to dismiss appeal for lack of prosecution in compliance with Rule 15 granted. *Robert L. DeCosta,* Asst. Attorney General, for plaintiff. *William G. Grande,* for defendant.